**In re Steven MENSAH–YAWSON, Petitioner.**

No. 15–1112.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
March 19, 2015.

Filed: April 20, 2015.

Steven Mensah–Yawson, Youngstown, OH, pro se.

Michael A. Comber, Esq., Jane M. Dattilo, Esq., Rebecca R. Haywood, Esq., Katherine King, Gregory C. Melucci, Esq., Office of United States Attorney, Pittsburgh, PA, for Respondent.

Before: McKEE, Chief Judge, GARTH and BARRY, Circuit Judges.

OPINION *

PER CURIAM.

Before us is Steven Mensah–Yawson's petition for a writ of mandamus, in which

Court and pursuant to I.O.P. 5.7 does not

he requests an order directing the District Court to rule on his petition for a writ of error coram nobis. The District Court ruled on and denied that petition on April 2, 2015. Thus, Mensah–Yawson's mandamus petition is moot and we will dismiss it on that basis. *See Blanciak v. Allegheny Ludlum Corp.,* 77 F.3d 690, 698–99 (3d Cir.1996).

constitute binding precedent.